THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Rashad Graham, Appellant.
 
 
 

Appeal From Aiken County
 James E. Lockemy, Circuit Court Judge

 Unpublished Opinion No. 2008-UP-216
 Submitted April 1, 2008  Filed April 7,
 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Rashad Graham appeals his conviction and
 sentence for possession with intent to distribute powder cocaine.  On appeal,
 Graham argues his guilty plea failed to comply with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969), because the trial court accepted his
 guilty plea without requiring the State to produce the results of its chemical
 analysis of the cocaine.  Graham did not file a separate pro se brief.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Grahams appeal and grant counsels motion to be relieved.  
APPEAL DISMISSED.
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.